## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 17-CV-60872-WILLIAMS/ TORRES

Plaintiff:
**Patrick Gentles**

vs.

Defendant:
**Transworld Systems, Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
110 Se 6th Street
17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 4th day of May, 2017 at 12:00 pm to be served on **Transworld Systems Inc. c/o CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Andrew Karp, do hereby affirm that on the **4th day of May, 2017** at **2:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Civil Cover Sheet, Exhibit** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **contact person for registered agent** for **Transworld Systems Inc.**, at the address of: **1200 S Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: f, Race/Skin Color: white, Height: 5'2", Weight: 120, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

**Andrew Karp**
#260

**All Broward Process Corp**
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2017001053

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PATRICK GENTLES<br><br>*Plaintiff(s)*<br>v.<br>TRANSWORLD SYSTEMS INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-cv-60872-WILLIAMS/Torres<br>)<br>)<br>)<br>)<br>) |

*All Broward Process Corp*
*Date: ___ INITIALS & # ___ TIME ___*

Donna Moc contact person 5/4/17 2:00p AK260

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANSWORLD SYSTEMS INC.
c/o CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540
&
Thomas-John Law, P.A. 100 SE 6th St., Suite 1700, Fort Lauderdale, FL 33301.
Phone: (877)575-0020 Email: tpatti@thomasjohnlaw.com Fax: (954) 507-9974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____05/03/2017_____

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts